## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SUE B. MACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-389-M |
| | ) | |
| CONSECO LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties and stipulate, by and through their counsel of record, that

this action be dismissed with prejudice for the reason that a settlement has been reached.

Each party is responsible for her/its own legal fees and costs.

DATED February 20, 2013.

By:  /s/ David Bernstein
David Bernstein
Bernstein Law Building
PO Box 1692
104 W. Gray St.
Norman, OK  73070
dbnormanok@aol.com

Joseph Acquaviva, Jr.
Wilson, Cain & Acquaviva
300 Northwest 13th St., Ste. 100
Oklahoma City, OK  73103
JTAcqua@aol.com

*Attorneys for Plaintiff, Sue B. Macy*

By: /s/William W. O'Connor (w/permission)
William W. O'Connor, OBA No. 13200
NEWTON, O'CONNOR, TURNER & KETCHUM
2700 Bank of America Center
15 West Sixth Street
Tulsa, Oklahoma  74119-5423
boconnor@newtonoconnor.com

Steven K. Huffer, Admitted *Pro Hac Vice*
S.K. HUFFER & ASSOCIATES, P.C.
12821 E. New Market St., Ste. 250
Carmel, IN  46032
steveh@hufferlaw.com

*Attorneys for Defendant, Conseco Life
Insurance Company*